IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAY - 8 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 1:19cr 33 |
| | Violations: 18 U.S.C. § 7(3)   Keeley |
| | 18 U.S.C. § 13   Aloi |
| | W.Va. Code § 61-8-9(a) & (c) |
| DAMON JOHNSON, | |
| Defendant. | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

#### (Indecent Exposure)

On or about March 17, 2019, in Gilmer County, West Virginia, within the Northern District of West Virginia, the defendant, **DAMON JOHNSON**, at a place within the special maritime and territorial jurisdiction of the United States and on land acquired for the use of the United States and under its jurisdiction, namely, Federal Correctional Institution Gilmer, intentionally exposed his sex organs to another person and engaged in masturbation, an overt act of sexual gratification, and did so under circumstances in which **DAMON JOHNSON** knew that his conduct was likely to cause affront and alarm, and the exposure was done for the purpose of sexual gratification; in violation of Title 18, United States Code §§ 7(3) and 13, and West Virginia Code, Chapter 61, Article 8, Sections 9(a) and (c).

WILLIAM J. POWELL
United States Attorney

Brandon S. Flower
Assistant United States Attorney