UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                                          Criminal No.: 1:19-CR-33

**DAMON JOHNSON,**

    Defendant.

## ORDER

The above-named defendant, having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act based upon the CJA-23 Financial Affidavit submitted by the defendant, it is **ORDERED**, the Assistant Federal Public Defender, L. Richard Walker, of 230 West Pike Street, Huntington Bank, Ste. 360, Clarksburg, West Virginia 26301, Telephone No.(304) 622-3823, is hereby **APPOINTED** to represent the defendant in this action.

The Clerk is directed to forward a copy of this Order to the defendant, the Office of the Federal Public Defender, United States Attorney, United States Probation, and the United States Marshal's Office.

DATED: May 9, 2019

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE